UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                                                                   Chapter 7
                                                                                         Case No. 09-17753
Susan A. Shaw                                                                Honorable William C. Hillman

     Debtor
_____/

## MOTION OF BAC HOME LOANS SERVICING, LP FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

BAC Home Loans Servicing, LP, a secured lien holder in the above captioned Chapter 7 proceeding, moves this court for an order, pursuant to 11 U.S.C. §362(d) and Rule 4001 of the Rules of Bankruptcy Procedure, for relief from the automatic stay of 11 U.S.C. §362(a) so that it may foreclose a mortgage which it holds on real property known and numbered as 12 Jarvis Lane, North Attleboro, Massachusetts. In support of its motion, BAC Home Loans Servicing, Inc. states the following:

1.    On August 15, 2006, Susan Shaw executed a note to America's Wholesale Lender in the original principal amount of $400,000.00 (the "Note").

2.    The Note is secured by a mortgage to Mortgage Electronic Registration Systems, Inc., dated August 15, 2006 and recorded with the Bristol County (Northern District) Registry of Deeds at Book 16203, on Page 215 (the "Mortgage"). The Mortgage was subsequently assigned to BAC Home Loans Servicing, LP by assignment of Mortgage. The Mortgage is a first mortgage on real property owned by the Debtor known and numbered as 12 Jarvis Lane, North Attleboro, Massachusetts (the "Property").

3.    BAC Home Loans Servicing, LP is the current holder of the Mortgage.

4. BAC Home Loans Servicing, LP is the current holder of the Note.

5. A Chapter 13 Bankruptcy was filed on August 14, 2009 and the case was converted to a Chapter 7 Bankruptcy on September 2, 2009.

6. The Note and the Mortgage are in default for the July 1, 2007 payment and all subsequent payments, plus reasonable attorney's fees and costs and other charges incurred.

7. There is no other collateral securing the obligation.

8. According to Schedule C, the Debtor is not claiming an exemption in the Property.

9. According to Schedule D, the fair market value of the Property is $347,200.00. BAC Home Loans Servicing, LP. estimates that the liquidation value of the Property is no greater than $326,368.00, which is the market value minus 6% for the cost of sale.

10. BAC Home Loans Servicing, LP is not aware of any other liens on the Property and Schedule D does not list any other liens.

11. To the knowledge and belief of BAC Home Loans Servicing, LP, there is no declaration of homestead recorded against the Property.

12. As of November 6, 2009, the total outstanding principal balance owed on the Note is $399,862.50.

13. The estimated amount of encumbrances on the Property is $399,862.50.

14. BAC Home Loans Servicing, LP is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1) because the Debtor has not made payments pursuant to the Note and Mortgage.

15. BAC Home Loans Servicing, LP is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(2) because the Debtor has no equity in the Property and the Property is not necessary for an effective reorganization.

WHEREFORE, BAC Home Loans Servicing, LP moves that the court enter an order granting BAC Home Loans Servicing, LP relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may exercise its rights pursuant to the Note and Mortgage in accordance with applicable state and federal law, and may commence a summary process action against occupants of the Property. BAC Home Loans Servicing, LP moves that entry of the Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).

                                        BAC Home Loans Servicing, LP
                                        By its attorneys,

Date:   November 13, 2009

                                        /s/ Paul J. Mulligan
                                        Paul J. Mulligan, Esq. BBO# 634285
                                        Orlans Moran PLLC
                                        P.O. Box 962169
                                        Boston, MA 02196
                                        Phone: (617) 502-4100
                                        Fax: (617) 502-4101
                                        Email:
                                        bankruptcy@orlansmoran.com
                                        File Number: 285.4066